# EXHIBIT A

In re:
Kal Freight Inc., et al. (Transfers) [EXHIBIT A]

| Debtor Transferor | Transferee | Instrument # | Address | APN | Date | Approx. Value |
|---|---|---|---|---|---|---|
| **The One Year Transfer** | | | **12/5/2023- 12/5/2024** | | | |
| Kal Freight Inc. | Sikander Randhawa; Dharminder Randhawa; RB Realty Investments LLC | 2024-0230587, County of Riverside | 0 Hemlock Avenue Moreno Valley, CA; | 488-310-001 | 8/1/2024 | $3.0M |
| Kal Freight Inc. | Sikander Randhawa; Dharminder Randhawa; RB Realty Investments LLC | | 13461 State Route 96 Fort Valley, GA 31030; | Parcels Id 050D 014; 050D 024; 050D 025; 050D 026; 050D 027 | 9/03/2024 | $3.5M |

LA:4931-0885-9924.8 47520.00002