# EXHIBIT B

In re:
*Kal Freight Inc., et al. (Transfers) [EXHIBIT B]*

| Debtor Transferor | Transferee | Instrument #/; Acct# | Description | Date | Approx. Value |
|---|---|---|---|---|---|
| **The Two Year Transfer** | | | **12/5/2022- 12/5/2024** | | |
| Kal Trailers & Leasing Inc. | Sikander Randhawa; Dharminder Randhawa | 2024-0005421 | 5815 Etiwanda Avenue Rancho Cucamonga, CA 91739; APN 0225-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. | 1/5/2024 | $1.7M |
| Kal Trailers & Leasing Inc. | Dharminder Singh Randhawa | W1K6G7GBXPA184962 | 2023 Mercedes-Benz S580V4 | 8/16/2024 | $100,000 |