B2500A (Form 2500A) (12/15)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>KAL FREIGHT INC., ET AL.,<br><br>Debtors.[3] | Chapter 11<br><br>Case No. 24-90614 (CML)<br><br>(Jointly Administered) |
| KAL FREIGHT INC., KAL TRAILERS & LEASING, INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>RB REALTY INVESTMENTS, LLC; SINKANDER SINGH RANDHAWA; DHARMINDER SINGH RANDHAWA;<br><br>Defendants. | Adv. Proc. No. __25-3048__ |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:  Office of the Clerk
                                    U.S. Bankruptcy Court for the S.D. of Texas
                                    Bob Casey United States Courthouse
                                    515 Rusk Avenue
                                    Houston, TX 77002

---

[3] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: KAL Freight Inc. (0249); KAL Aviation LLC (2600); KAL Partz Inc. (0139); KAL Trailers & Leasing Inc. (0840); and KVL Tires Inc. (0320). The location of the Debtors' service address in these Chapter 11 cases is 10156 Live Oak Ave., Fontana, CA 92335.

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, Rolanda Mori (name), certify that service of this summons and a copy of the complaint was made February 14, 2025 (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Certified Return Receipt Requested.

**SEE ATTACHED SERVICE LIST**

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☒ State Law: The defendant was served pursuant to the laws of the State of California, as follows: [Describe briefly]
Certified Return Receipt Requested.

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 2/14/25          Signature *[signature]*

Print Name: Rolanda Mori

Business Address: 10100 Santa Monice Blvd., 13tth Fl
Los Angeles, CA  90067

Kal Freight v. Randhawa
Adv. Proc. No. 25-03048
Summons & Complaint

## Service List

CERTIFIED RETURN RECEIPT REQUESTED
Sikander Randhawa
5076 Sagewood Dr.
Rancho Cucamonga, CA 91739-5138

REGULAR MAIL
William A. Smelko
Procopio, Cory, Hargreaves & Savitch LLP
525 B Street, Suite 2200
San Diego, CA 92101
Email: bill.smelko@procopio.com