IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| KAL FREIGHT INC., *et al.*, | ) ) ) | Case No. 24-90614 (CML) |
| Debtors.[1] | ) ) ) | Jointly Administered |
| KAL FREIGHT INC., KAL TRAILERS & LEASING INC., | ) ) ) ) | Adversary Proceeding No. 25-03048 |
| Plaintiffs, | ) ) ) |  |
| vs. | ) ) |  |
| RB REALTY INVESTMENTS, LLC; SIKANDER SINGH RANDHAWA; DHARMINDER SINGH RANDHAWA, | ) ) ) ) ) |  |
| Defendants. | ) ) |  |

**JOINT STIPULATION FOR EXTENSION OF TIME TO ANSWER**

Plaintiffs KAL Freight Inc. and KAL Trailers & Leasing Inc. (together, the "**Plaintiffs**") and Defendants RB Realty Investments, LLC, Sikander Singh Randhawa, and Dharminder Singh Randhawa (together, the "**Defendants**" and together with the Plaintiffs, the "**Parties**") hereby notify the Court of the Parties' agreement to extend the deadline for Defendants to answer or otherwise respond to the allegations in the Plaintiffs' Complaint [Adv. Docket No. 1] (the "**Complaint**") in the above-styled action.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: KAL Freight Inc. (0249); KAL Aviation LLC (2600); KAL Partz Inc. (0139); KAL Trailers & Leasing Inc. (0840); and KVL Tires Inc. (0320). The location of the Debtors' service address in these Chapter 11 cases is 10156 Live Oak Ave., Fontana, CA 92335.

The Parties agree that the deadline for the Defendants to answer or otherwise respond to the Complaint will be extended up to and including Monday, April 14, 2025.

The Parties further agree that this Stipulation is made under a full reservation of rights.

| | |
|---|---|
| DATED:  March 19, 2025 | Respectfully submitted, |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **PAUL HASTINGS LLP** |
| By:  */s/ Teddy M. Kapur* | By:  */s/ Paul R. Genender* |
| Teddy M. Kapur (SBT 24046186)<br>Steven W. Golden (SBT 24099681)<br>Benjamin L. Wallen (SBT 24102623)<br>700 Louisiana Street, Suite 4500<br>Houston, Texas 77002<br>Telephone: (713) 691-9385<br>Facsimile: (713) 691-9407<br>tkapur@pszjlaw.com<br>sgolden @pszjlaw.com<br>bwallen@pszjlaw.com | Paul R. Genender (SBT 00790758)<br>Charles Persons (SBT 24060413)<br>2001 Ross Avenue, Suite 2700<br>Dallas, Texas 75201<br>Telephone: (972) 936-7500<br>Facsimile: (713) 936-7501<br>paulgenender@paulhastings.com<br>charlespersons@paulhastings.com |
| -and- | -and- |
| Richard M. Pachulski (admitted *pro hac vice*)<br>Jeffrey W. Dulberg (admitted *pro hac vice*)<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>rpachulski@pszj.com<br>jdulberg @pszjlaw.com | Brian J. Kay (SBT 24131427)<br>600 Travis, 58th Floor<br>Houston, Texas 77002<br>Telephone: (713) 860-7300<br>Facsimile: (713) 353-3100<br>briankay@paulhastings.com |
| *Counsel to Plaintiffs and the Debtors and Debtors in Possession* | *Counsel to Defendants* |

**Certificate of Service**

    I certify that on March 19, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties who have consented to electronic service.

                                                     */s/ Paul R. Genender*
                                                    Paul R. Genender