# EXHIBIT A

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

**RECORDING REQUESTED BY**
USA National Title Company, Inc.
AND WHEN RECORDED MAIL DOCUMENT TO:

NAME: Sikander Singh Randhawa
STREET ADDRESS: 5076 Sagewood Drive
CITY, STATE & ZIP CODE: Rancho Cucamonga CA 91739



Electronically
Recorded in Official Records
San Bernardino County

Assessor-Recorder-County Clerk

**DOC# 2024-0005421**

| | | |
|---|---|---|
| 01/05/2024 03:36 PM | Titles: 1 | Pages: 3 |
| SAN | Fees | $22.00 |
| | Taxes | $0.00 |
| 14311 | CA SB2 Fee | $0.00 |
| | Total | $22.00 |

SPACE ABOVE FOR RECORDER'S USE ONLY

# GRANT DEED
Title of Document

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

**Reason for Exemption:**

☐ Exempt from fee per GC 27388.1, recorded in connection with a transfer subject to the imposition of documentary transfer tax (DTT), or

☐ Exempt from fee per GC 27388.1, recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier, or

☒ Exempt from fee per GC 27388.1, recorded in connection with a transfer that was subject to documentary transfer tax which was paid on document recorded previously on 5/17/2021 (date) as document number 2021-0226140 of Official Records. (Cap. $225.00)

☐ Exempt from fee per GC 27388.1, fee cap of $225.00 reached, and/or

☐ Exempt from fee per GC 27388.1, not related to real property

Failure to include an exemption reason will result in the imposition of the $75.00 Building Homes and Jobs Act fee. Fees collected are deposited to the State and may not be available for refund.

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
($3.00 Additional Recording Fee Applies)

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

RECORDING REQUESTED BY:
USA National Title Company

MAIL TAXES TO

AND WHEN RECORDED MAIL TO:

Dharminder Singh Randhawa
Sikander Singh Randhawa
5076 Sagewood Drive
Rancho Cucamonga, CA 91739

Order No.: 092372592-MS
Escrow No.: 192303019-EM
A.P.N.: 0225-123-09-0-000

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX IS $0.00  CITY TAX $.00

**Conveyance Given For No Value**
**"This is a bonafide gift and the Grantor received nothing in return, R&T 11911."**

[x] Computed on full value of property conveyed, or
[ ] Computed on full value less value of liens or encumbrances remaining at time of sale
[X] CITY OF : Rancho Cucamonga

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
**Kalvinder Singh, A Married Man as his Sole and Separate Property**

hereby GRANT(S) to **Dharminder Singh Randhawa, A Married Man as his Sole and Separate Property and Sikander Singh Randhawa, A Married Man as his Sole and Separate Property as Joint Tenants**

the following described real property in the County of San Bernardino, State of California:

PARCEL 3, OF PARCEL MAP NO. 1299, IN THE CITY OF RANCHO CUCAMONGA, COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 12, PAGE 4, OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
APN: 0225-123-09-0-000

**The property more commonly known as: 5815 Etiwanda Avenue, Rancho Cucamonga, CA 91739**

MAIL TAX STATEMENTS AS DIRECTED ABOVE
5815 Etiwanda Avenue, Rancho Cucamonga, CA 91739
**GRANT DEED**

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

Dated: December 28, 2023

_____
Kalvinder Singh

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Bernardino

On January 04, 2024 before me, Angelica Lynch, a notary public, personally appeared Kalvinder Singh

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Ang_____

(Seal)

ANGELICA LYNCH
Notary Public - California
San Bernardino County
Commission # 2365471
My Comm. Expires Jul 13, 2025

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

5815 Etiwanda Avenue, Rancho Cucamonga, CA 91739

**GRANT DEED**