## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>KAL FREIGHT INC., *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 24-90614 (CML) |
| KAL FREIGHT INC., KAL TRAILERS &<br>LEASING INC.,<br><br>       Plaintiffs,<br><br>v.<br><br>RB REALTY INVESTMENTS, LLC;<br>SIKANDER SINGH RANDHAWA;<br>DHARMINDER SINGH RANDHAWA,<br><br>       Defendants. | Adv. Proc. No. 25-03048 |

## JOINT STIPULATION EXTENDING TIME TO
## RESPOND TO DEFENDANTS' MOTION TO DISMISS

The KAL GUC Liquidating Trust (the "Liquidating Trust"), as successor to the Causes of

Action[2] asserted by the Plaintiffs in the above-captioned adversary proceeding, and Defendants

RB Realty Investments, LLC, Sikander Singh Randhawa, and Dharminder Singh Randhawa

(collectively, "Defendants" and together with the Liquidating Trust, the "Parties"), by and through

the undersigned counsel, hereby enter this Stipulation and agree as follows:

---

[1] The debtors in these chapter 11 cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification numbers, are: Kal Freight Inc. (0249); Kal Aviation LLC (2600); Kal Partz Inc. (0139); Kal Trailers & Leasing Inc. (0840); and KVL Tires Inc. (0320).

[2] Capitalized terms that are not defined in this Stipulation shall have the meanings ascribed to them in the confirmed *Modified Fourth Amended and Restated Combined Disclosure Statement and Plan of Liquidation of Kal Freight Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 1023, Exhibit A] (together with all exhibits, supplements, and schedules thereto, the "Plan"), as confirmed by the Court's *Order Granting Final Approval of Disclosure Statement and Confirming Plan of Liquidation of Kal Freight Inc. and its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 1023] (the "Confirmation Order"), unless otherwise noted herein.

11383085 v1 (74987.00002.000)

**WHEREAS**, on February 11, 2025, Plaintiffs Kal Freight Inc. and Kal Trailers & Leasing Inc. commenced this adversary proceeding against Defendants with the filing of their *Complaint to: (1) Avoid Preferential Transfers; (2) Avoid Constructively Fraudulent Transfers, and (3) Recover Avoided Transfers* [Adv. Dkt. No. 1] (the "<u>Complaint</u>").

**WHEREAS**, on April 14, 2025, Defendants filed their *Motion to Dismiss Plaintiffs' Original Complaint* [Adv. Dkt. No. 8] (the "<u>Motion to Dismiss</u>").

**WHEREAS**, on April 17, 2025, the Court entered the Confirmation Order confirming the Debtors' Plan.  The Effective Date of the Plan occurred on April 18, 2025.

**WHEREAS**, pursuant to the terms of the Plan and Confirmation Order, all of the Debtors' Causes of Action against Defendants vested in the Liquidating Trust as of the Plan Effective Date. *See Plan* §§ XIV.F., XIV.L., and XV.B; *Confirmation Order* ¶ 11.

**NOW, THEREFORE, the Parties hereby stipulate and agree as follows:**

1.     The deadline for the Liquidating Trust, as successor to the Plaintiffs in this adversary proceeding, to respond to Defendants' Motion to Dismiss, amend the Complaint or otherwise respond to the motion is hereby extended for a period of sixty (60) days, through July 7, 2025, without prejudice to the Liquidating Trust's right to seek further extensions of such deadline or any other deadlines in this matter.

2.     This Stipulation is <u>not</u> an appearance on behalf of the Plaintiffs in this adversary proceeding by either the Liquidating Trust or the Liquidating Trust's undersigned counsel.

3.     This Stipulation is made under a full reservation of rights for both Parties.

11383085 v1 (74987.00002.000)

DATED: May 1, 2025

**KANE RUSSELL COLEMAN LOGAN PC**

 /s/ Kyle Woodard
Joseph M. Coleman (SBT 04566100)
Kyle Woodard (SBT 24102661)
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jcoleman@krcl.com
Email: kwoodard@krcl.com

*Counsel for the KAL GUC Liquidating Trust*

**PAUL HASTINGS LLP**

 /s/ Paul R. Genender
Paul R. Genender (SBT 00790758)
Charles Persons (SBT 24060413)
2001 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (972) 936-7500
Facsimile: (713) 936-7501
paulgenender@paulhastings.com
charlespersons@paulhastings.com

-and-

Brian J. Kay (SBT 24131427)
600 Travis, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
briankay@paulhastings.com

*Counsel to Defendants*

11383085 v1 (74987.00002.000)