IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>KAL FREIGHT INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-90614 (CML) |
| KAL FREIGHT INC., KAL TRAILERS & LEASING INC.,<br><br>Plaintiffs,<br><br>v.<br><br>RB REALTY INVESTMENTS, LLC; SIKANDER SINGH RANDHAWA; DHARMINDER SINGH RANDHAWA,<br><br>Defendants. | Adv. Proc. No. 25-03048 |

**FIFTH JOINT STIPULATION AND AGREED ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

The KAL GUC Liquidating Trust (the "Liquidating Trust"), as successor to the Causes of Action[2] asserted by the Plaintiffs in the above-captioned adversary proceeding, and Defendants RB Realty Investments, LLC, Sikander Singh Randhawa, and Dharminder Singh Randhawa (collectively, "Defendants" and together with the Liquidating Trust, the "Parties"), by and through the undersigned counsel, hereby enter this Stipulation and agree as follows:

---

[1] The debtors in these chapter 11 cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification numbers, are: Kal Freight Inc. (0249); Kal Aviation LLC (2600); Kal Partz Inc. (0139); Kal Trailers & Leasing Inc. (0840); and KVL Tires Inc. (0320).

[2] Capitalized terms that are not defined in this Stipulation shall have the meanings ascribed to them in the confirmed *Modified Fourth Amended and Restated Combined Disclosure Statement and Plan of Liquidation of Kal Freight Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 1023, Exhibit A] (together with all exhibits, supplements, and schedules thereto, the "Plan"), as confirmed by the Court's *Order Granting Final Approval of Disclosure Statement and Confirming Plan of Liquidation of Kal Freight Inc. and its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 1023] (the "Confirmation Order"), unless otherwise noted herein.

**WHEREAS**, on February 11, 2025, Plaintiffs Kal Freight Inc. and Kal Trailers & Leasing Inc. commenced this adversary proceeding against Defendants with the filing of their *Complaint to: (1) Avoid Preferential Transfers; (2) Avoid Constructively Fraudulent Transfers, and (3) Recover Avoided Transfers* [Adv. Dkt. No. 1] (the "Complaint").

**WHEREAS**, on April 14, 2025, Defendants filed their *Motion to Dismiss Plaintiffs' Original Complaint* [Adv. Dkt. No. 8] (the "Motion to Dismiss").

**WHEREAS**, on April 17, 2025, the Court entered the Confirmation Order confirming the Debtors' Plan. The Effective Date of the Plan occurred on April 18, 2025.

**WHEREAS**, pursuant to the terms of the Plan and Confirmation Order, all of the Debtors' Causes of Action against Defendants vested in the Liquidating Trust as of the Plan Effective Date. *See Plan* §§ XIV.F., XIV.L., and XV.B; *Confirmation Order* ¶ 11.

**WHEREAS**, on May 1, 2025, the Parties entered into a *Joint Stipulation* [Adv. Dkt. No. 9] extending the deadline for the Liquidating Trust, as successor to the Plaintiffs in this adversary proceeding, to respond to the Motion to Dismiss through July 7, 2025.

**WHEREAS**, on June 23, 2025, the Parties entered into a *Joint Stipulation* [Adv. Dkt. No. 10] extending the same deadline through August 6, 2025.

**WHEREAS**, on August 6, 2025, the Parties entered into a *Joint Stipulation* [Adv. Dkt. No. 11] extending the deadline through August 12, 2025, because they were engaged in informal settlement discussions.

**WHEREAS**, on August 13, 2025, the Parties entered into a *Joint Stipulation and Agreement to Mediate* [Adv. Dkt. No. 13], whereby the Parties agreed and the Court approved (i) to extend the deadline for the Liquidating Trust to respond to the Motion to Dismiss, and (ii) for the Parties to participate in a mediation with Judge Alfredo Pérez.

**WHEREAS**, the Parties remain engaged in mediation and therefore seek a further extension of the deadline for the Liquidating Trust to respond to the Motion to Dismiss.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. The deadline for the Liquidating Trust, as successor to the Plaintiffs in this adversary proceeding, to respond to Defendants' Motion to Dismiss, amend the Complaint or otherwise respond to the Motion to Dismiss is hereby further extended until **November 7, 2025**, without prejudice to the Liquidating Trust's right to seek further extensions of such deadline or any other deadlines in this matter.

2. This Stipulation is made under a full reservation of rights for both Parties.

DATED: October 27, 2025

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **PAUL HASTINGS LLP** |
| */s/ Teddy M. Kapur* | */s/ Paul R. Genender* |
| Teddy M. Kapur (SBT 24046186) | Paul R. Genender (SBT 00790758) |
| Benjamin L. Wallen (SBT 24102623) | Charles Persons (SBT 24060413) |
| 700 Louisiana Street, Suite 4500 | 2001 Ross Avenue, Suite 2700 |
| Houston, TX 77002 | Dallas, Texas 75201 |
| Telephone: (713) 691-9385 | Telephone: (972) 936-7500 |
| Facsimile: (713) 691-9407 | Facsimile: (713) 936-7501 |
| tkapur@pszjlaw.com | paulgenender@paulhastings.com |
| bwallen@pszjlaw.com | charlespersons@paulhastings.com |
| -and- | -and- |
| Richard M. Pachulski (admitted pro hac vice) | Brian J. Kay (SBT 24131427) |
| Jeffrey P. Nolan (admitted pro hac vice) | 600 Travis, 58th Floor |
| 10100 Santa Monica Blvd., 13th Floor | Houston, Texas 77002 |
| Los Angeles, CA 90067 | Telephone: (713) 860-7300 |
| Telephone: (310) 277-6910 | Facsimile: (713) 353-3100 |
| Facsimile: (310) 201-0760 | briankay@paulhastings.com |
| rpachulski@pszjlaw.com | |
| jnolan@pszjlaw.com | **Counsel to Defendants** |
| **Counsel for the KAL GUC Liquidating Trust** | |

## Certificate of Service

      I certify that on October 27, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Ramon Sainz*
                                                  Ramon Sainz