**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| KAL FREIGHT INC., *et al.,* | ) Case No. 24-90614 (CML) |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |
| | ) |
| KAL GUC LIQUIDATING TRUST, | ) |
| | ) Adversary Proceeding No. |
| Plaintiff, | ) 25-03048 |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| SIKANDER SINGH RANDHAWA; | ) |
| DHARMINDER SINGH RANDHAWA; RB | ) |
| REALTY INVESTMENTS, LLC; 1000798196 | ) |
| ONTARIO, INC. | ) |
| | ) |
| Defendants. | ) |

**STIPULATION EXTENDING DEADLINES**
**TO RESPOND TO FIRST AMENDED COMPLAINT**

This Stipulation ("**Stipulation**") is made and entered into by and among Defendants RB Realty Investments, LLC, Sikander Singh Randhawa, and Dharminder Singh Randhawa, and 1000798196 ONTARIO, INC. (together, the "**Defendants**") and Plaintiff KAL GUC Liquidating Trust (the "**Plaintiff**" and, together with the Defendants, the "**Parties**"). The Parties hereby stipulate and agree as follows:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: KAL Freight Inc. (0249); KAL Aviation LLC (2600); KAL Partz Inc. (0139); KAL Trailers & Leasing Inc. (0840); and KVL Tires Inc. (0320). The location of the Debtors' service address in these Chapter 11 cases is 10156 Live Oak Ave., Fontana, CA 92335.

## RECITALS

WHEREAS, on December 19, 2025, Plaintiff filed its First Amended Complaint (the "**FAC**").

WHEREAS, Federal Rule of Bankruptcy Procedure 7015 requires Defendants to respond to the FAC by January 2, 2026 (the "**FAC Response Deadline**").

WHEREAS, the Parties each requested extensions of their respective response deadlines and they are in agreement to enter into this Stipulation to extend the FAC Response Deadline and the subsequent deadline for Plaintiff to reply or otherwise respond to Defendant's response (the "**Plaintiff's Response Deadline**").

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1.      The Response Deadline is hereby extended through and including **January 23, 2026**, without prejudice to further extensions thereof.

2.      The Plaintiff's Response Deadline is hereby extended through and including **February 17, 2026**, without prejudice to further extensions thereof.

3.      This Stipulation will be binding and effective upon execution by the Parties hereto. This Stipulation may not be amended or modified without the written consent of the Parties.  This Stipulation may be executed in counterparts by facsimile or other electronic transmission, each of which will be deemed an original, and all of which when taken together will constitute one document.

4.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Stipulation.

[*Remainder of Page Intentionally Left Blank*]

**STIPULATED AND AGREED TO THIS 29TH DATE OF DECEMBER 2025:**

*/s/ Paul R. Genender*

**PAUL HASTINGS LLP**
Paul R. Genender (SBT 00790758)
Charles Persons (SBT 24060413)
609 Main Street, Suite 2500
Houston, Texas 77002
Telephone:      (713) 860-7300
Facsimile:      (713) 353-3100
Email:  paulgenender@paulhastings.com
          charlespersons@paulhastings.com

-and-

Brian J. Kay (SBT 24131427)
600 Travis, 58th Floor
Houston, Texas 77002
Telephone:      (713) 860-7300
Facsimile:      (713) 353-3100
Email:  briankay@paulhastings.com

*Counsel to Defendants*

[*Signature Pages to Stipulation*]

*/s/ Teddy M. Kapur*

**PACHULSKI STANG ZIEHL & JONES LLP**

Teddy M. Kapur (SBT 24046186)
Benjamin L. Wallen (SBT 24102623)
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
tkapur@pszjlaw.com
bwallen@pszjlaw.com

- and -

Richard M. Pachulski (admitted pro hac vice)
Jeffrey P. Nolan (pro hac vice application pnd)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
rpachulski@pszjlaw.com
jnolan@pszjlaw.com


*Counsel to Plaintiff, the KAL GUC Liquidating Trust, by and through the duly authorized Liquidating Trustee, the duly appointed successor in interest to the Debtors created pursuant to the terms of the Plan.*

[*Signature Pages to Stipulation*]

## Certificate of Service

I certify that on December 29, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Paul R. Genender

Paul R. Genender

[*Signature Pages to Stipulation*]