United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 19, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 25-03048 |
|---|---|---|---|
| KAL FREIGHT INC., et al. | | | |
| *versus* | | | |
| SIKANDER SINGH RANDHAWA, et al. | | | |

This lawyer, who is admitted to the State Bar of California:

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jeffrey P. Nolan, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>310.277.6910; jnolan@pszjlaw.com<br>CA: 158923 |

Seeks to appear as the attorney for this party:

| Kal Freight, Inc. | |
|---|---|
| Dated: 2/17/2026 | Signed: /s/ Jeffrey P. Nolan |

| COURT USE ONLY: The applicant's state bar reports their status as: ______________________. | |
|---|---|
| Dated: | Signed: ______________________<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: February 19, 2026

Christopher Lopez
United States Bankruptcy Judge