# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>KAL FREIGHT INC., ET AL.,<br><br>DEBTOR.[1] | Chapter 11<br><br>Case No. 24-90614 (CML)<br><br>Jointly Administered |
| KAL GUC LIQUIDATING TRUST,<br><br>PLAINTIFF,<br><br>vs.<br><br>SIKANDER SINGH RANDHAWA, DHARMINDER SINGH RANDHAWA, RB REALTY INVESTMENTS, LLC; 1000798196 ONTARIO, INC.,<br><br>DEFENDANTS, | Adv. No. 25-03048 |

## CERTIFICATE OF SERVICE

I, Jerod McMillen, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On April 29, 2026, at my direction and under my supervision employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Status Conference** (Docket No. 36)

Dated: May 1, 2026

*/s/ Jerod McMillen*
Jerod McMillen
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 855-933-3437
Email: TeamKALFreight@stretto.com

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification numbers, are: KAL Freight Inc. (0249); KAL Aviation LLC (2600); KAL Partz Inc. (0139); KAL Trailers & Leasing Inc. (0840); and KVL Tires Inc. (0320). The location of the Debtors' service address in the Chapter 11 cases is 10156 Live Oak Ave., Fontana, CA 92335.

# Exhibit A



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 1000798196 Ontario Inc. | c/o Paul Hastings LLP | Attn: Paul R. Genender & Charles Persons | 2001 Ross Ave | Ste 2700 | Dallas | TX | 75201 |
| 1000798196 Ontario Inc. | c/o Paul Hastings LLP | Attn: Brian J. Kay | 600 Travis, 58th Fl | | Houston | TX | 77002 |
| 1000798196 Ontario Inc. | c/o Procopio, Cory, Hargreaves & Savitch LLP | Attn: William A. Smelko | 525 B St | Ste 2200 | San Deigo | CA | 92101 |
| Dharminder Randhawa | | Address on File | | | | | |
| Dharminder Randhawa | c/o Paul Hastings LLP | Attn: Charles Persons, Schlea Thomas, & Paul R. Genender | 2001 Ross Ave | Suite #2700 | Dallas | TX | 75201 |
| Dharminder Randhawa | c/o Paul Hastings LLP | Attn: Brian J. Kay | 600 Travis, 58th Fl | | Houston | TX | 77002 |
| Dharminder Randhawa | c/o Procopio, Cory, Hargreaves & Savitch LLP | Attn: William A. Smelko | 525 B Street | Ste. 2200 | San Diego | CA | 92101 |
| RB Realty Investments, LLC | c/o Paul Hastings LLP | Attn: Paul R Gender, Charles Persons, & Schlea Thomas | 2001 Ross Avenue, Ste 2700 | | Dallas | TX | 75201 |
| RB Realty Investments, LLC | c/o Procopio, Cory, Hargreaves & Savitch LLP | Attn: William A. Smelko & Sikander Singh Randhawa | 525 B St | Ste 2200 | San Diego | CA | 92101 |
| RB Realty Investments, LLC, Sikander Singh Randhawa, and Dharminder Singh Randhawa | c/o Paul Hastings LLP | Attn: Brian J. Kay | 600 Travis, 58th Fl | | Houston | TX | 77002 |
| Sikander Randhawa | | Address on File | | | | | |
| Sikander Randhawa | c/o Paul Hastings LLP | Attn: Charles Persons, Schlea Thomas, & Paul R. Genender | 2001 Ross Ave | Suite #2700 | Dallas | TX | 75201 |
| Sikander Randhawa | c/o Paul Hastings LLP | Attn: Brian J. Kay | 600 Travis, 58th Fl | | Houston | TX | 77002 |
| Sikander Randhawa | c/o Procopio, Cory, Hargreaves & Savitch LLP | Attn: William A. Smelko | 525 B Street | Ste. 2200 | San Diego | CA | 92101 |

# <u>Exhibit B</u>



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 1000798196 Ontario Inc. | c/o Paul Hastings LLP | Attn: Paul R. Genender & Charles Persons | charlespersons@paulhastings.com schleathomas@paulhastings.com paulgenender@paulhastings.com |
| 1000798196 Ontario Inc. | c/o Paul Hastings LLP | Attn: Brian J. Kay | briankay@paulhastings.com |
| 1000798196 Ontario Inc. | c/o Procopio, Cory, Hargreaves & Savitch LLP | Attn: William A. Smelko | bill.smelko@procopio.com |
| Dharminder Randhawa | c/o Paul Hastings LLP | Attn: Charles Persons, Schlea Thomas, & Paul R. Genender | charlespersons@paulhastings.com schleathomas@paulhastings.com paulgenender@paulhastings.com |
| Dharminder Randhawa | c/o Paul Hastings LLP | Attn: Brian J. Kay | briankay@paulhastings.com |
| Dharminder Randhawa | c/o Procopio, Cory, Hargreaves & Savitch LLP | Attn: William A. Smelko | bill.smelko@procopio.com |
| RB Realty Investments, LLC | c/o Paul Hastings LLP | Attn: Paul R Gender, Charles Persons, & Schlea Thomas | charlespersons@paulhastings.com schleathomas@paulhastings.com paulgenender@paulhastings.com |
| RB Realty Investments, LLC | c/o Procopio, Cory, Hargreaves & Savitch LLP | Attn: William A. Smelko & Sikander Singh Randhawa | bill.smelko@procopio.com |
| RB Realty Investments, LLC, Sikander Singh Randhawa, and Dharminder Singh Randhawa | c/o Paul Hastings LLP | Attn: Brian J. Kay | briankay@paulhastings.com |
| Sikander Randhawa | c/o Paul Hastings LLP | Attn: Charles Persons, Schlea Thomas, & Paul R. Genender | charlespersons@paulhastings.com schleathomas@paulhastings.com paulgenender@paulhastings.com |
| Sikander Randhawa | c/o Paul Hastings LLP | Attn: Brian J. Kay | briankay@paulhastings.com |
| Sikander Randhawa | c/o Procopio, Cory, Hargreaves & Savitch LLP | Attn: William A. Smelko | bill.smelko@procopio.com |